1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENEWABLE ENERGY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED RENEWABLE ENERGY CO., LTD., and NEO SOLAR POWER CORP.<br><br>　　　　Defendants. | Case No. 2:21-cv-03107-ODW-JC<br>_____<br><br>**MODIFIED ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

MODIFIED ORDER GRANTING STIPULATED PROTECTIVE ORDER

222242.1

# MODIFIED ORDER

Plaintiff United Renewable Energy, LLC and Defendants Neo Solar Power Corp. and United Renewable Energy Co., Ltd. (collectively, the "Parties") submitted the Stipulated Protective Order to the Court on February 27, 2023. Having considered the Parties' agreement therein, and good cause appearing therefore, the Stipulated Protective Order is GRANTED with the following modification.

Paragraph IV – governing the Scope of the Stipulated Protective Order – is modified to read as follows:

"The protections conferred by this Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any deposition testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material, other than during a court hearing or at trial.  Any use of Protected Material during a court hearing or at trial shall be governed by the orders of the presiding judge.  This Order does not govern the use of Protected Material during a court hearing or at trial."

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated:  March 1, 2023

                                               /s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE